# Third District Court of Appeal

## State of Florida

Opinion filed January 17, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-432
Lower Tribunal No. F96-6088B
_____

**Max Lee Brazley,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Laura Shearon Cruz, Judge.

Max Lee Brazley, in proper person.

Ashley Moody, Attorney General, and Richard L. Polin, Assistant Attorney General, for appellee.

Before FERNANDEZ, SCALES and HENDON, JJ.

FERNANDEZ, J.

Max Lee Brazley appeals the trial court order denying his motion, filed pursuant to Florida Rule of Criminal Procedure 3.802, seeking a sentence review. Although the trial court mistakenly denied the motion as successive without record support, we affirm.

On June 1, 1998, Brazley pled guilty to various offenses, including a reduced charge of second degree murder, attempted armed robbery, use of a firearm during the commission of a felony, and possession of a firearm by a person previously adjudicated delinquent. In exchange for the guilty plea, Brazley was sentenced to 40 years in state prison in a general sentence. The sentence was later corrected to reflect a specific sentence for each count.

In his most recent motion before the trial court, Brazley claims entitlement to sentence review based on section 921.1402, Florida Statutes (2023). He claims that because he was a juvenile at the time of the crime, he is entitled to review of the 40-year sentence imposed for a crime that he committed as a juvenile offender. However, section 921.1402 does not apply to Brazley. See § 921.1402(1), Fla. Stat. (2023) ("For purposes of this section, the term 'juvenile offender' means a person sentenced to imprisonment in the custody of the Department of Corrections for an offense

2

committed on or after July 1, 2014, and committed before he or she attained 18 years of age.")

Although there are a limited number of cases to which sentence review may apply for offenses committed before July 1, 2014, Brazley's is not one of them.  See Brown v. State, 314 So. 3d 380 (Fla. 3d DCA 2020); Pedroza v. State, 291 So. 3d 541 (Fla. 2020).

Affirmed.